UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CINDY RUIRONG WAN<br><br>Defendant. | 2:96-CR-0085-LDG-BNW |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JAN 21 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#184), sentencing held on March 26, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $180,720.00

**Total Amount of Restitution ordered:** $180,720.00\*\*
\*\*Joint and Several with co-defendants

Dated this \_\_\_13\_\_\_ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE